| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Diane Princ<br>Special Agent: Matthew R. Hughes | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Antonio Lamar Roberson

Case No. 2:26-mj-30089
Assigned To : Unassigned
Assign. Date : 2/19/2026
Description: CMP USA V. ANTONIO LAMAR ROBERSON (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 15, 2026 - February 19, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and Distribution of Child Pornography. |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew R. Hughes, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 19, 2026__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request a arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Antonio Lamar Roberson** for violations of 18

1

U.S.C. § 2252A(a)(2) (Receipt and Distribution of Child Pornography) and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Osborn has violated the above offense.

## PROBABLE CAUSE

5. On October 2, 2025, Monroe County Sheriff's Office in New York executed a search warrant in Rochester, New York in relation to a fraudulent check cashing scheme. An Apple iPhone 12 was seized from SUBJECT-1 during the search.

6. During a subsequent review of the forensic extraction of the Apple iPhone, agents noticed that a chat application known to law enforcement was installed on the phone and logged into. A chat was identified between SUBJECT-1

and a user with the screen name "@mrXXXXX99". The phone number associated with the username "@mXXXXX99" was 586-XXX-XX84.

7. Communications between SUBJECT-1 and @mrXXXXX99 occurred between September 15th and September 18th, 2025. Within the chat, SUBJECT-1 sent a video that the Monroe County Sheriff's Office identified as CSAM. A description of the video is as follows:

- The video, approximately 14 seconds in length, depicts a girl approximately eight years of age exposing her vagina to a camera. The girl uses her fingers to spread the opening of her vagina.

8. On January 20th, 2026, a subpoena was submitted to Telegram for subscriber and IP information for the @mrXXXXX99 account. A response was received on February 5th, 2026.

9. According to Telegram, the IP address 24.127.147.138 was utilized to log into the account. The IP address was serviced by Comcast.

10. On February 10th, 2026, a subpoena was served to Comcast for billing and subscriber information for the identified IP address. Comcast identified the service address for the IP address as XXXXX Augusta Dr in Romulus, Michigan. The subscriber is believed to be a family member of ROBERSON.

11. On February 13th, 2026, a subpoena was served to T-Mobile for the phone number 586-XXX-XX84. A return, received the same day, identified the

3

subscriber as Antonio ROBERSON. The billing address was identified as XXXXX Augusta Dr in Romulus, Michigan.

12. A federal search warrant was executed at XXXXX Augusta Dr, Romulus, Michigan on February 19, 2026. ROBERSON was encountered at the residence and detained. At the time law enforcement agents encountered ROBERSON, he was holding an iPhone 11, which law enforcement agents seized and then reviewed during the search.

13. While reviewing the iPhone 11, agents located a messaging application known to law enforcement that was installed on the device. Several message threads were identified in which ROBERSON was both receiving and distributing images and videos that met the federal definition of child pornography. The images and videos included children as young as two-to-three-years old being sexually assaulted by adults.

14. While reviewing the device, multiple photos and videos that met the federal definition of child pornography were located in the hidden folder of his photos application.

15. ROBERSON was interviewed at the time of the search. ROBERSON agreed to be interviewed and waived his *Miranda* rights. He stated that he has used multiple messaging applications to trade videos he knew to be child pornography

with other users. ROBERSON stated he traded child pornography with other users around once or twice per month for approximately two years.

## CONCLUSION

16.  Based on the foregoing, there is probable cause to believe Antonio Lamar Roberson has committed violations of 18 U.S.C. § 2252A(a)(2) (Receipt and Distribution of Child Pornography) and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date:   February 19, 2026

5